**Electronically Filed
Supreme Court
SCWC-21-0000328
28-JUL-2022
01:29 PM
Dkt. 3 OGAC**

SCWC-21-0000328

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellant,

vs.

RANDY C. GARCIA, Petitioner/Defendant-Appellee,

and

CHRISTOPHER REAMS, Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000328; CASE NO. 1CPC-20-0000586)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellee Randy C. Garcia's application for writ of certiorari filed on June 13, 2022, is accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, July 28, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

